JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

Attorneys for Defendant
Planned Parenthood Federation of America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVINA GIBSON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.,<br><br>Defendant. | Case No. 3:23-cv-04529-JD<br><br>**STIPULATION ALLOWING DEFENDANT PLANNED PARENTHOOD FEDERATION OF AMERICA, INC. TO FILE AMENDED ANSWER**<br><br>Judge: Hon. James Donato |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendant Planned Parenthood Federation of America, Inc. ("Defendant") and Plaintiff Davina Gibson ("Plaintiff") hereby file the following stipulation allowing Defendant to file its Amended Answer to Plaintiff's Complaint.

WHEREAS, Plaintiff filed her Complaint for Damages on September 1, 2023;

WHEREAS, the Court granted in part Defendant's motion to dismiss Plaintiff's Complaint for Damages on July 2, 2024;

WHEREAS, Defendant filed its Answer to Plaintiff's Complaint on August 19, 2024;

WHEREAS, Plaintiff timely filed a Motion to Strike Defendant's Affirmative Defenses on September 9, 2024, and requested a hearing on that Motion for October 17, 2024;

WHEREAS, Defendant intends to file an Amended Answer that removes or revises certain of its affirmative defenses;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to this action, pursuant to Federal Rule of Civil Procedure 15(a)(2), by and through their respective counsel of record, that: (i) Defendant shall file its Amended Answer to Plaintiff's Complaint, attached hereto as Exhibit A; (ii) in light of Defendant's intention to file an Amended Answer, Plaintiff respectfully requests that her Motion to Strike Defendant's Affirmative Defenses (ECF No. 39) be withdrawn and the October 17, 2024 hearing on that Motion be stricken from the Court's calendar.

For clarification purposes, the parties acknowledge that Plaintiff's agreement to enter into this stipulation permitting Defendant to file an Amended Answer does not affect or waive any right of Plaintiff to challenge any of Defendant's affirmative defenses in its Amended Answer.

Dated: September 19, 2024

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *__/s/ Jacob M. Heath__*
JACOB M. HEATH
Attorneys for Defendant

THE BRUNO LAW FIRM, LLC

By: *__/s/ Michael L. Silverman__*
MICHAEL L. SILVERMAN
Attorneys for Plaintiff

**Attestation re Electronic Signatures**

I, Jacob Heath, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 19, 2024

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: *__________/s/ Jacob Heath__________*

JACOB HEATH