JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

*Attorneys for Defendant Planned Parenthood Federation of America, Inc*

*Additional Counsel Listed on Signature Page*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY HINTON and HEATHER SHIPLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.,<br><br>Defendant. | Case No.: 3:23-cv-04529-JD<br><br>**JOINT STATEMENT**<br><br>Date: June 11, 2026<br>Time: 11:00 a.m.<br>Location: Courtroom 11, 19th Floor<br>Judge: Hon. James Donato |

Plaintiffs Shirley Hinton and Heather Shipley ("Plaintiffs") and Defendant Planned Parenthood Federation of America, Inc. ("PPFA") (collectively, the "Parties") respectfully submit this joint statement pursuant to the Court's March 31, 2026 order (ECF No. 136) identifying the ECF docket numbers for Plaintiffs' Motion for Class Certification, PPFA's Motion to Exclude Testimony of Dr. Zubair Shafiq, and Plaintiffs' Motion to Exclude Testimony of Ian Cohen.

1

JOINT STATEMENT

1.    Plaintiffs' Motion for Class Certification: Plaintiffs' Motion for Class Certification is docketed at **ECF No. 93**. PPFA's Opposition to Plaintiffs' Motion for Class Certification is docketed at **ECF No. 104**.  Plaintiffs' Reply in Support of Class Certification is docketed at **ECF No. 107**. PPFA's Objection to Plaintiffs' Reply in Support of Class Certification is docketed at **ECF No. 110**. The unredacted, under-seal versions of the briefs are attached as exhibits to the Parties' Joint Omnibus Motion to Seal Materials Submitted in Connection with Briefing on Plaintiffs' Motion for Class Certification at **ECF No. 112-4** (Motion), **ECF No. 112-11** (Opposition), and **ECF No. 112-24** (Reply).

2.    PPFA's Motion to Exclude Testimony of Dr. Zubair Shafiq: PPFA's Motion to Exclude Testimony of Dr. Zubair Shafiq ("PPFA's Daubert Motion") is docketed at **ECF No. 116**. Plaintiffs' Opposition to PPFA's Daubert Motion is docketed at **ECF No. 121**. PPFA's Reply in Support of its Daubert Motion is docketed at **ECF No. 128**. The unredacted, under-seal version of PPFA's Daubert Motion is attached as an exhibit to the Parties' Joint Omnibus Motion to Seal Materials Submitted in Connection with Briefing on PPFA's Daubert Motion at **ECF No. 137-11**.

3.    Plaintiffs' Motion to Exclude Testimony of Ian Cohen: Plaintiffs' Motion to Exclude Testimony of Ian Cohen ("Plaintiffs' Daubert Motion") is docketed at **ECF No. 133**. PPFA's Opposition to Plaintiffs' Daubert Motion is due on Monday, April 13, 2026. Plaintiffs' anticipated Reply in Support of Plaintiffs' Daubert Motion is due on Monday, April 20, 2026.

JOINT STATEMENT

Dated: April 9, 2026

By:  /s/ Jacob M. Heath

Jacob M. Heath (SBN 238959)
Rebecca Harlow (SBN 281931)
Thomas Fu (SBN 325209)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
jheath@orrick.com
rharlow@orrick.com
tfu@orrick.com

*Attorneys for Defendant*
*Planned Parenthood Foundation of America, Inc.*

By:  /s/ Jamie A. Robinson

Klint L. Bruno (admitted pro hac vice)
Michael L. Silverman (admitted pro hac vice)
Jamie A. Robinson (admitted pro hac vice)
Adam J. Feuer (admitted pro hac vice)
**THE BRUNO LAW FIRM, LLC**
205 North Michigan Avenue, Suite 810
Chicago, IL 60601
Tel: (312) 321-6481
kb@brunolawus.com
msilverman@brunolawus.com
jr@brunolawus.com
af@brunolawus.com

Bradley A. Benbrook
Stephen M. Duvernay
**BENBROOK LAW GROUP, PC**
701 University Avenue, Suite 106
Sacramento, California 95825
Tel: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*

3

**Attestation re Electronic Signatures**

I, Jacob M. Heath, attest pursuant to Northern District Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's contents and have authorized this filing.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 9, 2026                          By: _____*/s/ Jacob M. Heath*_____
                                                              Jacob M. Heath

JOINT STATEMENT