JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
REBECCA HARLOW (STATE BAR NO. 281931)
rharlow@orrick.com
THOMAS FU (STATE BAR NO. 325209)
tfu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
Planned Parenthood Federation of America, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY HINTON and HEATHER SHIPLEY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., <br><br> Defendant. | Case No. 3:23-cv-04529-JD <br><br> **DEFENDANT PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.'S STATEMENT OF RECENT DECISION IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Date: June 11, 2026 <br> Time: 11:00 a.m. <br> Location: Courtroom 11, 19th Floor <br> Judge: Hon. James Donato |

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Planned Parenthood Federation of America, Inc. ("PPFA") submits this Statement of Recent Decision in connection with Plaintiffs' currently pending Motion for Class Certification (ECF No. 93). This decision is also relevant to PPFA's currently pending Motion for Summary Judgment (ECF No. 115).

Attached as **Exhibit A** is a copy of Judge Beeler's recent decision in *Timothee v. Meta Platforms, Inc.*, No. 25-CV-05106-LB, 2026 WL 1130363 (N.D. Cal. Apr. 27, 2026), which dismissed claims under Cal. Penal Code § 631, arising out installation of the Meta Pixel on various websites, both for lack of standing and because the plaintiffs' use of their Facebook and Instagram accounts constituted consent to the use of the Meta Pixel technology.


DATED: April 28, 2026                    Respectfully Submitted,

                                         ORRICK, HERRINGTON & SUTCLIFFE LLP



                                         By:    */s/ Jacob M. Heath*
                                                Jacob M. Heath
                                         Attorneys for Defendant PLANNED
                                         PARENTHOOD FEDERATION OF
                                         AMERICA, INC.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document was filed this 28th day of April 2026 via the electronic filing system of the Northern District of California, which will automatically serve all counsel of record.

By: _____*/s/ Jacob M. Heath*_____
Jacob M. Heath